IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

vs.     Case Nos.:   1:99cr15/MP/GRJ
                     1:16cv229/MP/GRJ

JAMES G. BOSWELL

---

## REPORT AND RECOMMENDATION

On June 16, 2016, Petitioner filed a letter motion requesting assistance of counsel in pursuing a claim for sentencing relief under Johnson v. United States, 135 S.Ct. 2551 (2015). (ECF No. 1054.) The court construed the letter as a motion to vacate pursuant to § 2255 in order to preserve any potential timeliness issues. On June 28, 2016, the court appointed the Federal Public Defender to represent Petitioner for the sole purpose of exploring his eligibility for relief under Johnson and ordered Petitioner or his counsel to file an amended § 2255 motion based on Johnson on or before August 12, 2016. (*See* ECF No. 1057.) Petitioner was instructed that if he did not intend to pursue § 2255 relief, he should file a notice so indicating.  Petitioner was warned that failure to file the amended motion or the notice could result in a recommendation of

Case Nos.: 1:99cr15/MP/GRJ; 1:16cv229/MP/GRJ

dismissal.   After the deadline expired, the court entered an order to show cause why this action should not be dismissed. (ECF No. 1059.) The Office of the Public Defender responded by filing a motion to withdraw.   In the motion, counsel represented that she had reviewed the file and provided Petitioner with an analysis and did not anticipate taking any further action on his behalf.   (ECF No. 1060.) The court granted the motion to withdraw. (ECF No. 1061.) To date, nothing further has been filed.

Based on the foregoing, it is respectfully **RECOMMENDED**:

Petitioner's letter, which the court construed as a Motion to Vacate pursuant to 28 U.S.C. § 2255 (ECF No. 1054), should be **DISMISSED without prejudice.**

**IN CHAMBERS** this 31st day of August 2016.


*/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge


**NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic</u>**

Case Nos.: 1:99cr15/MP/GRJ; 1:16cv229/MP/GRJ

**docket is for the court's internal use only, and does not control.** A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Case Nos.: 1:99cr15/MP/GRJ; 1:16cv229/MP/GRJ